# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 653 EAL 2015 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ANTHONY BROWN, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.